No. 162, Misc.   DANIELS v. RAGEN, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 168, Misc.   ELDER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *William H. Maness* for petitioner.   *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 170, Misc.   CHENOWETH v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 176, Misc.   THOMPSON v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   *Herbert M. Wetzel* for petitioner.

No. 177, Misc.   DIXON v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 187, Misc.   SEELY v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 212, Misc.   FUDGE v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 222, Misc.   SHANK v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 223, Misc.   GARCIA v. CALIFORNIA.   District Court of Appeal of California, Fourth Appellate District.   Certiorari denied.